IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH EVANGELISTA BOFF : | |
| Plaintiff, : | |
| v. : | Civil Action No. |
| INTERCONTINTENTAL HOTELS : GROUP RESOURCES, INC. | |
| Defendants. : | |

## NOTICE OF REMOVAL

**PLEASE TAKE** notice that on July 27, 2017, Defendant Inter-Continental Hotels Corporation (incorrectly sued as Intercontinental Hotels Group Resources, Inc.) (hereinafter "Defendant"), in the above-entitled action, filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the District of Columbia.

You are also advised that Defendant on filing such notice of removal in the office of the Clerk of the United States District Court for the District of Columbia, also filed copies of it with the Clerk of Circuit Court for the Superior Court of the District of Columbia to effect removal pursuant to 28 U.S.C. § 1446(d).  This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

Dated: July 27, 2017

        BONNER KIERNAN TREBACH & CROCIATA, LLP

        */s/ Michael L. Pivor*
        Michael L. Pivor, Esq. # 500911
        1233 20th Street, N.W., 8th Floor
        Washington, D.C. 20036
        Telephone (202) 712-7000
        Facsimile (202) 712-7100
        mpivor@bonnerkiernan.com
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was sent via first-class, postage prepaid, this 27th day of July, 2017 to:

Lucas I. Dansie, Esq.
Dansie & Dansie, LLP
406 5th Street NW
Washington DC 20001
*Counsel for Plaintiff*

*/s/ Michael L. Pivor*
Michael L. Pivor, # 500911

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **RUTH EVANGELISTA BOFF** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | Civil Action No. 2017 CA 004881 B |
| **INTERCONTINTENTAL HOTELS** : | Judge: Robert R. Rigsby |
| **GROUP RESOURCES, INC.** : | Next Event:  Initial Conference |
| : | October 27, 2017 |
| **Defendants.** : | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE notice that on July 27, 2017, Defendant Inter-Continental Hotels Corporation (incorrectly sued as Intercontinental Hotels Group Resources, Inc.) (hereinafter "Defendant"), filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the District of Columbia.  You are also advised that Defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the District of Columbia, also filed copies of it with the Clerk of Superior Court of the District of Columbia to effect removal pursuant to 28 U.S.C. § 1446(d).

BONNER KIERNAN TREBACH & CROCIATA, LLP

*/s/ Michael L. Pivor*
_____
Michael L. Pivor, Esq. # 500911
1233 20th Street, N.W., 8th Floor
Washington, D.C.  20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
mpivor@bonnerkiernan.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Notice of Filing of Notice of Removal, this 27th day of July, 2017, to be served, via e-filing, on:

Lucas I. Dansie, Esq.
Dansie & Dansie, LLP
406 5th Street NW
Washington DC 20001
*Counsel for Plaintiff*

_____
Michael L. Pivor, #500911