**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

RUTH EVANGELISTA BOFF        :

                        :

      **Plaintiff,**         :

                        :

      **v.**               :

                        :      **Civil Action No. 1:17-cv-01523**

**INTERCONTINTENTAL HOTELS**  :

**GROUP RESOURCES, INC.**     :

                        :

      **Defendants.**     :

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants InterContinental Hotels Group Resources, Inc. and Inter-Continental Hotels Corporation (hereinafter "Defendants"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, pursuant to Fed. R. Civ. Proc. 56; and LCvR 7(a) and 7(h) and respectfully move for summary judgment in their favor on the grounds that Plaintiff has failed to state a claim upon which relief can be granted against Defendants. In further support hereof, Defendants direct this Court to the Statement of Material Facts Not in Dispute and Memorandum of Points and Authorities, which are incorporated herein by reference.

DATED this 14th day of June 2018.

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/ Michael L. Pivor

Michael L. Pivor, Esquire, DC No. 500911
1233 20th Street, N.W., Eighth Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202)712-7100
mpivor@bonnerkiernan.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I caused a copy of the foregoing Defendants' Motion for Summary Judgment, Statement of Material Facts Not in Dispute, Memorandum of Points and Authorities in Support thereof, and proposed Order, to be served, via the Court's electronic filing system, this 14th day of June 2018, upon:

William G. Dansie, Esq.
Lucas Dansie, Esq.
Dansie & Dansie, LLP
406 5th Street, N.W.
Washington, D.C. 20001
*Counsel for Plaintiff*

/s/ Michael L. Pivor
_____

Michael L. Pivor