IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RUTH EVANGELISTA BOFF       :

                          :

    Plaintiff,              :

                          :

    v.                   :

                          :      Civil Action No. 1:17-cv-01523

INTERCONTINTENTAL HOTELS  :
GROUP RESOURCES, INC.     :

                          :

    Defendants.          :

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

COME NOW Defendants InterContinental Hotels Group Resources, Inc. and Inter-Continental Hotels Corporation (hereinafter "Defendants"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby provide their statement of material facts not in dispute:

1.      The Willard InterContinental Washington D.C. Hotel ("the Hotel") is a hotel located in the District of Columbia.

2.      The Amended Complaint alleges that on July 29, 2016, Plaintiff Ruth Evangelista Boff ("Plaintiff") slipped and fell on a granite ramp, which was wet from rain, at the 1401 Pennsylvania Avenue, N.W., entrance of the Hotel. (See Amended Complaint at ¶ 6).

3.      Plaintiff exited a taxi in front of the Hotel. It was raining at the time. After a few moments, the taxi began to drive away. As the taxi began to drive off, Plaintiff proceeded to run after it. As Plaintiff was running after the moving vehicle, she slipped and fell. (See video surveillance footage (Ex. 1); Plaintiff's deposition (Ex. 2) at 42:2-44:4).

4.      Plaintiff conceded that she was running after the taxi at the time of her fall. (Ex. 2 at 42:2-44:4).

5. The Amended Complaint alleges that the awning had been placed in violation of District of Columbia Building Code Chapter 32, Encroachments into the Public Rights of Way, § 3201-4 so that it caused rainwater to pour directly onto the polished granite ramp where Plaintiff walked. (See Amended Complaint at ¶ 7).

6. There was only one eyewitness to the incident—Nicole Huber. However, after Ms. Huber refused to be deposed, Plaintiff has indicated that she will not be calling Ms. Huber to testify at trial. (See Joint Post-Discovery Status Report [ECF 17]).

7. Plaintiff has alleged negligence against Defendants. (See generally Amended Complaint).

8. Plaintiff did not designate an expert in support of her claim of negligence against Defendants.

9. Defendant InterContinental Hotels Group Resources, Inc. has never owned nor operated the Hotel. (See Affidavit (Ex.5)).

DATED this 14th day of June 2018.

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ Michael L. Pivor

Michael L. Pivor, Esquire, DC No. 500911
1233 20th Street, N.W., Eighth Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202)712-7100
mpivor@bonnerkiernan.com
*Counsel for Defendants*