**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RUTH EVANGELISTA BOFF** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Civil Action No. 1:17-cv-01523** |
| **INTERCONTINTENTAL HOTELS** | : | |
| **GROUP RESOURCES, INC.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon Consideration of Defendants InterContinental Hotels Group Resources, Inc. and Inter-Continental Hotels Corporation's Motion for Summary Judgment, the Memorandum of Points and Authorities in support of same, any opposition filed thereto, and the record herein, it is by this Court, on this _____ day of _____, 2018 hereby,

**ORDERED**, that Defendants' Motion for Summary Judgment shall be and is hereby **GRANTED,** and is it further,

**ORDERED** that the Amended Complaint and all claims therein shall be and is hereby **DISMISSED WITH PREJUDICE.**

_____

Hon. Dabney L. Friedrich
US District Court for the District of Columbia

**COPIES TO:**

Michael L. Pivor, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Eighth Floor
Washington, DC  20036
*Counsel for Defendants*

William G. Dansie, Esq.
Lucas Dansie, Esq.
Dansie & Dansie, LLP
406 5th Street, N.W.
Washington, D.C. 20001
*Counsel for Plaintiff*

2