# Exhibit 1:

# Video Surveillance Footage of Incident