IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x

RUTH EVANGELISTA BOFF,    :

   Plaintiff,  :

 v.      : Civil Action No.

INTERCONTINENTAL  : 1:17-cv-01523

HOTELS GROUP   :

RESOURCES, INC.,  :

   Defendants. :

- - - - - - - - - - - - - - -x

Deposition of RUTH EVANGELISTA SOSA ZAYAS BOFF

Washington, D.C.

Friday, March 9, 2018

10:16 a.m.

Job No.: 178952

Pages: 1 - 77

Reported By: Roanna L. Ossege



there.

Q   The taxi is starting to leave, right?

A   At that time I decided -- yes.  I yelled -- yes, I yelled towards the taxi drive.

Q   My question is, the taxi starts to drive off, right?

A   He moved, but I yelled towards him.

Q   Okay.  My question is just --

A   Because his windows were open.  He was there.

Q   Just answer my question.

The taxi had started to drive off, right?

A   It was that I just -- it was that I decided to call the taxi.  It wasn't that he had already left.

Q   No, I understand.

A   It wasn't even in my mind that he left so therefore I'm going to go running.

Q   No, I understand.

My question is, you can see here in the video the taxi is starting to leave, right?

A   I see that -- I see that in the video now,

but at that time it wasn't that I decided we're going to call the taxi.

Q  Okay.  I'm not asking about you.  I'm just asking you to confirm that the taxi is starting to leave in this video, right?

A  Yes.  I see that that's what it's showing but I don't know where it is he's trying to arrive [sic] to.

Q  And then as the taxi is leaving, it then appears you started to run after it, right?

THE INTERPRETER:  Did you say slip or fall?

MR. PIVOR:  Neither.

Q  I said, when the taxi started to leave, you started run after it, right?

A  (Witness speaks in a foreign language.)

Q  Just wait for the interpreter.

A  Yes, I yelled for the taxi.  I tried to make him see me.

THE INTERPRETER:  Correction.

A  To have him hear me.

Q  My question was, when the taxi started to leave, it appears you started to run after it?

MR. DANSIE:  Just object to the leading nature of your questions.

Q   You can answer.

A   Yes, that's what the video shows.

Q   Okay.  And --

A   The guessing -- I can't -- I can't lie, because at that moment there was so much pain.  The only thing that I know is we weren't sure of the entrance of the hotel.  That I remember.

Q   I'm just asking what you see here.

You see here that the taxi leaves and you start to run after it.  Do you see that?

A   That's what you say.

Q   I'm asking what you see?

MR. DANSIE:  Objection.  Arguing with the witness at this point.  The leading questions -- you can ask her what she sees.

MR. PIVOR:  I'm asking what she sees.

MR. DANSIE:  And she has answered it.

Q   Well, your answer was yes.  Okay.

And in the -- while you were in the process of running after a moving car, that's when you

slipped, right?

MR. DANSIE:  Just for the record, assuming facts that are not in the record.

A  Your name is, what, Mike?

Q  Yes.

A  I am looking directly into your eyes and I'm asking you, are you thinking that I ran and slipped on purpose?

Q  I'm not thinking or implying anything.  I'm just asking you to confirm what you see on video here.

A  The last thing I would ever want is to break my leg working with all of these women, all of these --

Q  I understand that.  Please answer my question.  My question --

MR. L. DANSIE:  Just for the record, the video speaks for itself.

MR. PIVOR:  It does speak for itself, but she's the witness here, and I'm just asking her to confirm.

Q  And based on the video, as you were running