## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RUTH EVANGELISTA BOFF

**Plaintiff,**

**v.**

**Civil Action No. 1:17-cv-01523**

**INTERCONTINTENTAL HOTELS GROUP RESOURCES, INC.**

**Defendants.**

## PLAINTIFF'S REPSONSES TO DEFENDANT'S, INTER-CONTINENTAL HOTELS CORPORATION, FIRST SET OF INTERROGATORIES

The following interrogatories are propounded upon you pursuant to the Federal Rules of Civil Procedure. Each interrogatory is to be answered individually and fully in writing, under oath, and a copy thereof served upon counsel for Defendant within thirty (30) days of service hereof.

### INSTRUCTIONS AND DEFINITIONS

A.    These interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information before trial.

B.    Where the name or identity of a person is requested, or where you are asked to "identify" a person, state the person's full name, residence address, residence telephone number, business address, and business telephone number.

C.    Where the identity of a document or item is requested, or where you are asked to "identify" a document or item, please describe the nature of the document item, where it is currently located, identify the person in current possession of it, the date of its execution (if appropriate), the date of its creation (if appropriate), and each person or entity who has signed, endorsed, executed, or received a copy of it.



DEFENDANT'S EXHIBIT
3

the ramp was excessively slippery due to the water which was falling from the awning down onto the ramp. No one from the Hotel came to check on me or help me up.

3.      Describe, in full detail, the condition(s) which you allege caused or contributed to the occurrence, including, but not limited to, its location, size, shape, color, visibility, and/or odor.

Response: It was raining, accident occurred at the Willard InterContinental Washington Hotel. Awning near entrance of hotel was designed so that water spills onto sloping smooth granite surface on hotel exit ramp, notwithstanding defendant's knowledge of hazard.

4.      State with specificity all the facts upon which you base your contention that the damages alleged in this action were actually and proximately caused by the alleged negligence of Defendant.

Response: There is an awning causing rainwater to spill directly onto the ramp which connects the sidewalk to the street. Further, there is no signage or other form of warning notifying people of this risk.

5.      State with specificity all the facts upon which you base your contention that the occurrence was actually and proximately caused by the placement of the awning, as alleged in the Complaint.

Response: When I was walking back to our driver's vehicle, I slipped on the ramp because of the water spilling off of the awning and directly and indirectly onto the ramp, making it slippery, leading to me falling.

6.      Identify all witnesses to all or part of the occurrence and their location at the time of the occurrence.

Response: My niece Nicole Huber, was with me that day. Shortly before the fall we were both walking to the door of the hotel only to find out the doors weren't open. As we both turned back to return to our driver's vehicle, I slipped but she was close by and had a good vantage point of my fall.

7.      If you contend that Defendant had actual or constructive notice of the condition(s) which you allege caused or contributed to the occurrence, state with specificity all the facts upon which you base your contention.

3

Response: None at this time.

23.     If, other than the claim in this case, you have ever made claims for damages or injuries (including, but not limited to, worker's compensation or disability claims), or have filed suit against anyone for any reason, state the nature of each such claim, the date of the incident giving rise to such claim or suit; the name of the person or entity against whom each claim was made, and any amounts received as a result of such claim.

Response: None.

24.     State whether you consumed any alcoholic beverages, drugs and/or medication within twenty-four (24) hours prior to the occurrence, the places where such alcoholic beverages, drugs and/or medication were obtained, and the nature and amount thereof.

Response: None.

Dated: October 30, 2017

Respectfully submitted,

/s/ _____
William G. Dansie, Esquire
DC Bar No. 385076
Counsel for Plaintiffs
406 5th St. NW
Washington, D.C. 20001
Telephone: (202) 783-1597
William@dansielaw.com

7

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2th day of November, 2017, a copy of the foregoing

Plaintiff's Responses to Defendant's Interrogatories was sent via email and first class mail, postage

prepaid, to the parties listed below:

_William G. Dansie, Esq._

Michael L. Pivor, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W.,
8th Floor Washington, D.C. 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
mpivor @bonnerkiernan.com