## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH EVANGELISTA BOFF** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | :      **Civil Action No. 1:17-cv-01523** |
| **INTERCONTINTENTAL HOTELS** | : |
| **GROUP RESOURCES, INC.** | : |
| | : |
| **Defendants.** | : |

## AFFIDAVIT OF MELINDA RENSHAW

I, Melinda Renshaw, being duly sworn, and being knowledgeable of the facts contained herein and being competent to testify thereto, depose and state as follows:

1.    I am a Vice President and Assistant Secretary of InterContinental Hotels Group Resources, Inc.

2.    This affidavit is submitted in support of the Motion for Summary Judgment on behalf of Inter-Continental Hotels Corporation and InterContinental Hotels Group Resources, Inc. in the above-captioned case.

3.    I understand from reviewing the Complaint that plaintiff alleges she was injured at the InterContinental The Willard hotel in Washington, DC ("the Hotel").

4.    InterContinental Hotels Group Resources, Inc. is not now nor was it at any time relevant to the incident that is the subject of the Complaint, the owner, operator or manager of the Hotel.

1 of 2



DEFENDANT'S
EXHIBIT
5

FURTHER AFFIANT SAYETH NOT.

_____
Signature of Affiant

Name:  Melinda Renshaw
Title:  Vice President and Assistant Secretary

Subscribed and sworn to before me, this 12th day of _____June_____, 2018.


_____
Signature of Notary

Margaret Gleason
Name of Notary

NOTARY PUBLIC

My commission expires: ___4/13___, 20 21.

MARGARET GLEASON
NOTARY
EXPIRES
GEORGIA
04-13-2021
PUBLIC
FULTON COUNTY