**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

RUTH EVANGELISTA BOFF

      **Plaintiff,**

      **v.**

                                       **Civil Action No. 1:17-cv-01523**

**INTERCONTINTENTAL HOTELS GROUP
RESOURCES, INC.**

      **Defendants.**

**PLAINTIFF'S REPSONSES TO DEFENDANT, INTERCONTINTENTAL HOTELS
GROUP RESOURCES, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

The following interrogatories are propounded upon you pursuant to the Federal Rules of Civil Procedure. Each interrogatory is to be answered individually and fully in writing, under oath, and a copy thereof served upon counsel for Defendant within thirty (30) days of service hereof.

**INSTRUCTIONS AND DEFINITIONS**

A.      These interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information before trial.

B.      Where the name or identity of a person is requested, or where you are asked to "identify" a person, state the person's full name, residence address, residence telephone number, business address, and business telephone number.

C.      Where the identity of a document or item is requested, or where you are asked to "identify" a document or item, please describe the nature of the document item, where it is currently located, identify the person in current possession of it, the date of its execution (if appropriate), the date of its creation (if appropriate), and each person or entity who has signed, endorsed, executed, or received a copy of it.



DEFENDANT'S
EXHIBIT
5
tabbies

D.    Unless otherwise indicated, all interrogatories refer to the facts alleged in the Complaint.

E.    As used herein, the terms "you," "your," and "Plaintiff" refer to Ruth Evangelista Boff and/or her agents, employees, or anyone acting on their behalf.

F.    As used herein, "Defendant" shall refer to Intercontinental Hotels Group Resources, Inc.

G.    The terms "occurrence" and "incident," as used herein, refer to the alleged incidents and occurrences as set forth in Plaintiffs Complaint.

H.    The term "Hotel" as used herein, refers to the Willard InterContinental Washington Hotel, located at 1401 Pennsylvania Ave NW in Washington D.C.

## INTERROGATORIES

1.    State your full name, your home and business address, the date and place of your birth, social security number, and your marital status. If you have ever used any names other than the name listed in the pleadings herein, please list them.

Response: Ruth Evangelista Boff, Allison Ruth Boff. Born: 10/25/1962 in Hernandarias, Paraguay. Current Address: Edificio Paris, Paraguay, Single, Social Security Number to be given in more private manner.

2.    State with specificity all the facts upon which you base your contention that Defendant Intercontinental Hotels Group Resources, Inc. owned, operated, managed or controlled the Hotel at the time of the occurrence.

Response: Based on corporate structure indicated by Intercontinental Hotels Group Resources, Inc. website.  Also to be supplemented following receipt of production of discovery by corporation. **Supp. Answer: Plaintiff has learned that parent company of Inter-Continental Hotels Corporations is not Intercontinental Hotels Group Resources, Inc. and thus Plaintiff seeks consent to amend pleadings in order to substitute correct parent company.**

2

3.        State with specificity all the facts upon which you base your contention that the damages alleged in this action were actually and proximately caused by the alleged negligence of Defendant Intercontinental Hotels Group Resources, Inc.

Response: It was Tort Feasor. Intercontinental Hotels Group Resources, Inc. has responsibility to oversee subsidiary companies which include Inter-Continental Hotels Corporation. **Supp. Answer: Plaintiff has learned that parent company of Inter-Continental Hotels Corporations is not Intercontinental Hotels Group Resources, Inc. and thus Plaintiff seeks consent to amend pleadings in order to substitute correct parent company.**

4.        If you contend that Defendant Intercontinental Hotels Group Resources, Inc. had actual or constructive notice of the condition(s) which you allege caused or contributed to the occurrence, state with specificity all the facts upon which you base your contention.

Response: No knowledge of notice at this time.

Respectfully submitted,

_/s/_____
William G. Dansie, Esquire
DC Bar No. 385076
Counsel for Plaintiffs
406 5th St. NW
Washington, D.C. 20001
Telephone: (202) 783-1597
William@dansielaw.com

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of November, 2017, a copy of the foregoing [supplemented] Plaintiff's Responses to Defendant's Interrogatories (Group Resources) was sent via email and first class mail, postage prepaid, to the parties listed below:

_____/s/_____
William G. Dansie, Esq.

Michael L. Pivor, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W.,
8th Floor Washington, D.C. 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
mpivor @bonnerkiernan.com

4