## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RUTH EVANGELISTA BOFF,       :      Civil Action No. 1:17-cv-01523

     Plaintiff,             :

v.                            :

INTERCONTINENTAL HOTELS    :

GROUP RESOUORCES, INC., *et al.*,  :

     Defendants.          :

### AFFIDAVIT

Plaintiff, Ruth Evangelista Boff, by her undersigned counsel and pursuant to FRCP 56, for her affidavit in support of her opposition to summary judgment, under penalty of perjury, states:

I was not running on the ramp in front of Defendants' hotel when I fell and sustained the injuries that gave rise to this case.

Further Affiant saith not.

I hereby swear or affirm under penalties of perjury that the foregoing is true.

_____
Ruth Evangelista Boff

Respectfully submitted,

_____
William G. Dansie, Esquire
Dansie & Dansie, LLP
406 Fifth Street, NW
Washington, DC 20001
(202) 783-1597