UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUTH EVANGELISTA BOFF, | : | Civil Action No. 1:17-cv-01523 |
| Plaintiff, | : | |
| v. | : | |
| INTERCONTINENTAL HOTELS GROUP RESOUORCES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### STATEMENT OF MATERIAL FACTS IN DISPUTE

Now comes Plaintiff by and through counsel William G. Dansie, Esquire who states the following:

The Defendants' awning caused more rainwater to flow over the ramp than would have so flowed if there were no awning.

The parties dispute whether the Plaintiff was running before she slipped and fell.

RESPECTFULLY SUBMITTED,


\_\_\_/s/ William G. Dansie\_\_\_\_
William G. Dansie, Esquire
Dansie & Dansie, LLP
406 Fifth Street, NW
Washington, DC 20001
(202) 783-1597