

8/9/18  EXHIBIT
BOFF 3
Planet Depos, LLC