

**Planet Depos**
We Make It *Happen*™

# Transcript of Ruth Evangelista Sosa Zayas Boff

**Date:** March 9, 2018
**Case:** Boff -v- Intercontintental Hotels Group Resources, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SER

DEFENDANT'S
EXHIBIT

Q   Okay.  Ms. Boff during the break, your attorney showed me some photographs that I understand your niece took; is that right?

A   Uh-huh.

Q   Is that yes?

A   Yes.  Yes, it is just that I'm not sure if it is the ones my niece took.

MR. L. DANSIE:  She hasn't seen the photos you're referring to.

MR. PIVOR:  So how did you get them?

MR. L. DANSIE:  She's not -- I think she wasn't clear what photos because there may be other photos.

A   Yes, I'm certain that those pictures were taken.  I have them on my phone.  I have them on my cell phone.

Q   So who took those photos, do you know?

A   I believe it was my niece, Gersonita.

Q   Some of the those photos appear to be of the area outside the hotel where you fell.  Do you know when those were taken?

A   The entrance -- of the entrance.  I don't

know when the pictures were specifically taken.  I told her -- I told them to take the pictures.  And like I was just explaining to you earlier, it wasn't just water; it was oily; it was slippery.

Q   Do you know for a fact whether there was any substance on the ground besides water that night?

A   I don't know.

(Exhibit Nos. 1 through 8 have been marked for identification and are attached to the transcript.)

Q   I'm going to show you Exhibits 1 through 8, which are some photographs.

A   Uh-huh.

Q   Just looking at Exhibit 1, is this the area where you fell in July of 2016?

A   Looks like -- it looks like an entrance.  It looks like one of the entrances.

Q   Are you able to identify whether or not that's the entrance where you fell?

MR. L. DANSIE:  You can --

A   I can't see it very well.

MR. L. DANSIE:  I just want to remind

there.

Q   The taxi is starting to leave, right?

A   At that time I decided -- yes.  I yelled --
yes, I yelled towards the taxi drive.

Q   My question is, the taxi starts to drive
off, right?

A   He moved, but I yelled towards him.

Q   Okay.  My question is just --

A   Because his windows were open.  He was
there.

Q   Just answer my question.
The taxi had started to drive off, right?

A   It was that I just -- it was that I decided
to call the taxi.  It wasn't that he had already
left.

Q   No, I understand.

A   It wasn't even in my mind that he left so
therefore I'm going to go running.

Q   No, I understand.
My question is, you can see here in the
video the taxi is starting to leave, right?

A   I see that -- I see that in the video now,

but at that time it wasn't that I decided we're going to call the taxi.

Q   Okay.  I'm not asking about you.  I'm just asking you to confirm that the taxi is starting to leave in this video, right?

A   Yes.  I see that that's what it's showing but I don't know where it is he's trying to arrive [sic] to.

Q   And then as the taxi is leaving, it then appears you started to run after it, right?

THE INTERPRETER:  Did you say slip or fall?

MR. PIVOR:  Neither.

Q   I said, when the taxi started to leave, you started run after it, right?

A   (Witness speaks in a foreign language.)

Q   Just wait for the interpreter.

A   Yes, I yelled for the taxi.  I tried to make him see me.

THE INTERPRETER:  Correction.

A   To have him hear me.

Q   My question was, when the taxi started to leave, it appears you started to run after it?

MR. DANSIE:  Just object to the leading nature of your questions.

Q  You can answer.

A  Yes, that's what the video shows.

Q  Okay.  And --

A  The guessing -- I can't -- I can't lie, because at that moment there was so much pain.  The only thing that I know is we weren't sure of the entrance of the hotel.  That I remember.

Q  I'm just asking what you see here.

You see here that the taxi leaves and you start to run after it.  Do you see that?

A  That's what you say.

Q  I'm asking what you see?

MR. DANSIE:  Objection.  Arguing with the witness at this point.  The leading questions -- you can ask her what she sees.

MR. PIVOR:  I'm asking what she sees.

MR. DANSIE:  And she has answered it.

Q  Well, your answer was yes.  Okay.

And in the -- while you were in the process of running after a moving car, that's when you

Because when I fell, I fell in the water.

Q   Okay.  And what about --

MR. L. DANSIE:  I'd like to trouble our reporter to mark one of the photos that you have provided.

A   Remember that I was explaining to you earlier the floor was smooth.  It was very smooth. There was a lot of water there.

(Exhibit 10 was marked for identification and is attached to the transcript.)

Q   I'm showing you what's been marked as Exhibit No. 10.  What is that?

A   (Witness speaking in a foreign language.)

Q   I'm just asking what the photo is?

A   That's what I'm -- for me, this photo explains the floor, the ground, in which I fell.

And like I said, in my country if there is -- if the floor is not completely level then there would be some sort of marking there to show that to be more careful.

Q   I'm just asking what's on the photo?

A   I see that there's oil there.  And I don't

know if it was from the rain or not, but if it wasn't so slippery, I wouldn't have fallen so hard.

(Exhibit 11 was marked for identification and is attached to the transcript.)

Q   I'm going to show you Exhibit 11.  Can you tell us what is on that photo.

A   It is oil from the parking control.

Q   Okay.  And now this -- now, was there oil like this at the time -- in the area at the time of your fall?

A   I couldn't assume, and I don't -- I can't say for sure.

THE WITNESS:  (Through the interpreter) And what I was saying, what I was explaining to you earlier, Mr. Lawyer, is that the sensation of the slip was definitely much more than water.  There was no nonskid surfaces anything.  And it was very smooth as if it was more than water.

MR. L. DANSIE:  The last two exhibits I'm having marked are 12 and 13.

(Exhibits 12 and 13 were marked for identification and are attached to the transcript.)