IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RUTH EVANGELISTA BOFF** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Civil Action No. 1:17-cv-01523** |
| **INTERCONTINTENTAL HOTELS** | : | |
| **GROUP RESOURCES, INC.** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Defendants InterContinental Hotels Group Resources, Inc. and Inter-Continental Hotels Corporation (hereinafter "Defendants"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, pursuant to Fed. R. Civ. Proc. 56; and LCvR 7(a) and 7(h) and files their opposition to Plaintiff's Motion for Partial Summary Judgment. In further support hereof, Defendants direct this Court to the Memorandum of Points and Authorities, which are incorporated herein by reference.

WHEREFORE, Defendants respectfully request that Plaintiff's Motion for Partial Summary Judgment be denied.

DATED this 20th day of July, 2018.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ Michael L. Pivor

Michael L. Pivor, Esquire, DC No. 500911
1233 20th Street, N.W., Eighth Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202)712-7100
mpivor@bonnerkiernan.com
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I caused a copy of the foregoing Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, Memorandum of Points and Authorities in Support thereof, and proposed Order, to be served, via the Court's electronic filing system, this 20th day of July 2018, upon:

William G. Dansie, Esq.
Lucas Dansie, Esq.
Dansie & Dansie, LLP
406 5th Street, N.W.
Washington, D.C. 20001
*Counsel for Plaintiff*

/s/ Michael L. Pivor
_____
Michael L. Pivor