## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RUTH EVANGELISTA BOFF** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 1:17-cv-01523** |
| **INTERCONTINTENTAL HOTELS** | : | |
| **GROUP RESOURCES, INC.** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

Upon Consideration of Plaintiff's Motion for Partial Summary Judgment, Defendants' opposition filed thereto, and the record herein, it is by this Court, on this _____ day of _____, 2018 hereby,

**ORDERED**, that Plaintiff's Motion for Partial Summary Judgment shall be and is hereby **DENIED.**

_____
Hon. Dabney L. Friedrich
US District Court for the District of Columbia

**COPIES TO:**

Michael L. Pivor, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW
Eighth Floor
Washington, DC  20036
*Counsel for Defendants*

William G. Dansie, Esq.
Lucas Dansie, Esq.
Dansie & Dansie, LLP
406 5th Street, N.W.
Washington, D.C. 20001
*Counsel for Plaintiff*